IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kaplan, Brian F | Case Number: 06 B 06407 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed: 6/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: July 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,993.44 | |
| Secured: | | 17,951.79 |
| Unsecured: | | 1,193.80 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 1,386.85 |
| Other Funds: | | 461.00 |
| Totals: | 23,993.44 | 23,993.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,000.00 | 3,000.00 |
| 2. | Capital One Auto Finance | Secured | 17,951.79 | 17,951.79 |
| 3. | Capital One Auto Finance | Unsecured | 727.27 | 727.27 |
| 4. | American General Finance | Unsecured | 30.45 | 30.45 |
| 5. | Sprint Nextel | Unsecured | 9.38 | 9.38 |
| 6. | American General Finance | Unsecured | 329.58 | 329.58 |
| 7. | RoundUp Funding LLC | Unsecured | 97.12 | 97.12 |
| 8. | Chase Manhattan | Unsecured | | No Claim Filed |
| 9. | First Premier | Unsecured | | No Claim Filed |
| 10. | Universal Data Service | Unsecured | | No Claim Filed |
| | | | $ 22,145.59 | $ 22,145.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 37.50 |
| 4.8% | 156.98 |
| 5.4% | 372.53 |
| 6.5% | 819.18 |
| 6.6% | 0.66 |
| | $ 1,386.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kaplan, Brian F | Case Number:  06 B 06407 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  6/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

